## In Matter of Estate of Reuben Joseph Thikoll, also known as Joseph Reuben, Deceased.
## Rhea Reuben, Appellee, v. Edwin M. Katz, Appellant.

**Gen. No. 46,947.**

First District, First Division.

November 19, 1956.

Released for publication February 11, 1957.

Ben Copple, for appellant; William Allen Nathenson and Kenneth W. Bellile, for appellee. Opinion by JUDGE FRIEND. Not to be published in full.